FILED

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 20-0345, DA 20-0346

IN THE MATTER OF:

LJ. P. AND R.P.,

    Youths In Need Of Care.

## ORDER

Upon consideration of Mother and Appellant's Motion To Consolidate Cases, and with good cause shown, it is hereby ORDERED that the above-captioned cases will be consolidated for purposes of appeal under Cause No. DA 20-0345.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2020